
ORIGINAL

1  carmenbaluraninf

2  LEONARDO M. RAPADAS
   United States Attorney
3  RYAN M. ANDERSON
   Special Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910
   PHONE: (671) 472-7332
6  FAX: (671) 472-7334

7  Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

DEC - 5 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

**06-00030**

| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. |
|---|---|
| Plaintiff, | ) **INFORMATION** |
| vs. | ) ENTERING MILITARY, NAVAL, OR COAST GUARD PROPERTY |
| CARMEN BALURAN, | ) [18 U.S.C. § 1382] |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES:

On or about August 6th, 2006, in the District of Guam, the defendant, CARMEN BALURAN, was found within a United States military reservation, to wit, U.S. Naval Base Guam, after having been ordered not to reenter by a letter from Commanding Officer, U.S. Naval Station Guam, dated October 28, 1992, in violation of Title 18, United States Code, Section 1382.

DATED this 4th day of December, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____ for R.A.
RYAN M. ANDERSON
Special Assistant U.S. Attorney