# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**

City ___Hagåtña___

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **06-00030**
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No __X__   Matter to be sealed: ___ Yes __X__ No

Defendant Name    __CARMEN BALURAN__

Alias Name _____

Address _____

Birthdate ___ SS# ___ Sex ___ Race ___ Nationality ___

**U.S. Attorney Information:**

SAUSA _Ryan Anderson_

**Interpreter:** __X__ No ___ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

RECEIVED DEC - 5 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM

**U.S.C. Citations**

Total # of Counts: __1__    ___ Petty __X__ Misdemeanor ___ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 1382 | Entering Military, Naval or Coast Guard Property | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: _____    Signature of AUSA: __F. B.__