ORIGINAL

carmenbaluransum

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
DEC - 5 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 06-00030 |
| Plaintiff. | ) |
| vs. | ) **UNITED STATES' REQUEST** <br> ) **FOR ISSUANCE OF SUMMONS** |
| CARMEN BALURAN, | ) |
| Defendant. | ) |

Comes now the United States of America and requests this Honorable Court issue a summons for defendant, CARMEN BALURAN, based on an Information filed charging the defendant with Entering Military, Naval or Coast Guard Property in violation to Title 18, United States Code, Section 1382.

Respectfully submitted this ____4____ day of December 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____ for R.A.
RYAN M. ANDERSON
Special Assistant U.S. Attorney