RECEIVED
DEC 08 2006
US MARSHALS SERVICE-GUAM

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

UNITED STATES OF AMERICA
V.

**CARMEN BALURAN**

**SUMMONS IN A CRIMINAL CASE**

Case Number:    MJ-06-000030

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue, Hagatna, Guam | 413 |
| | Date and Time |
| Before:    HONORABLE JOAQUIN V.E. MANIBUSAN, JR. | Thursday, December 14, 2006 at 9:00 a.m. |

To answer a(n)
☐ Indictment    **X** Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title    **18**    United States Code, Section(s)    **1382**

Brief description of offense:

**Entering Military, Naval, or Coast Guard Property**

**FILED**
DISTRICT COURT OF GUAM
DEC 11 2006
MARY L.M. MORAN
CLERK OF COURT

**VIRGINIA T. KILGORE, Deputy Clerk**
Name and Title of Issuing Officer

Signature of Issuing Officer

**December 7, 2006**
Date

ORIGINAL

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 12/11/06 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:

USMS, Wayatra, Ga

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  12/11/06
              Date

Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.