# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| | | | |
|---|---|---|---|
| **TO:** | United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | **FROM:** | Carmen D. O'Mallan, U.S. Probation Officer<br>District of Guam<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |

[ ] **Original Notice**          [X] **Notice of Disposition**

| | | | |
|---|---|---|---|
| Date: | November 14, 2006 | Date: | January 26, 2007 |
| By: | Joaquin V.E. Manibusan, Jr.<br>U.S. Magistrate Judge | By: | Joaquin V.E. Manibusan, Jr.<br>U.S. Magistrate Judge |

| | | | |
|---|---|---|---|
| Defendant: | BALURAN, Carmen | Case Number: | MAGISTRATE #06-00030-001 |
| Date of Birth: | XX-XX-1945 | Place of Birth: | Tamuning, Guam - USA |
| SSN: | XXX-XX-2206 | | |

**FILED**
**DISTRICT COURT OF GUAM**
**FEB 1 2 2007**
**MARY L.M. MORAN**
**CLERK OF COURT**

**NOTICE OF COURT ORDER** (Order Date: November 14, 2006 )

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. District Court on Guam.**

## NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[X] Defendant not convicted. **CASE DISMISSED ON JANUARY 26, 2007.**

[ ] Defendant convicted.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
    ☐ Not Convicted - PS40/Passport returned to defendant.
    ☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
    ☐ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)

Case 1:06-mj-00030    Document 16    Filed 02/12/2007    Page 1 of 1    **ORIGINAL**