FRANK MICHAEL CRUZ
Chief U.S. Probation Officer
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

**FILED**
DISTRICT COURT OF GUAM

MAR 21 2007

MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　　Plaintiff, )<br>　　　　　　　　　　　　　 )<br>vs. 　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　 )<br>CARMEN BALURAN 　　　　　)<br>　　　　　Defendant. 　　　　)<br>_____ ) | MAGISTRATE CASE NO. 06-00030<br><br>**APPLICATION FOR<br>RELEASE OF PASSPORT** |

COMES NOW, U.S. Probation Officer Rossanna Villagomez-Aguon, in the above-captioned case and requests for the release of the U.S. Passport Number XXXXXXX to the defendant, Carmen Baluran. The passport was released to the U.S. Probation Office for transmission to the U.S. Department of State. The Information filed in this case was dismissed on January 26, 2007, and the passport should be returned to the defendant.

Dated this _____ day of March 2007.

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

ORIGINAL