FRANK MICHAEL CRUZ
Chief U.S. Probation Officer
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

# IN THE DISTRICT COURT OF GUAM

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 06-00030 |
| Plaintiff, | |
| vs. | **ORDER RELEASING PASSPORT** |
| CARMEN BALURAN, | |
| Defendant. | |

Upon application by the U.S. Probation Office,

IT IS HEREBY ORDERED that the U.S. Probation Office release the passport to the Defendant.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Mar 21, 2007