1  FRANK MICHAEL CRUZ
   Chief U.S. Probation Officer
2  ROSSANNA VILLAGOMEZ-AGUON
   U.S. Probation Officer
3  U.S. District Court of Guam
   2nd Floor, U.S. Courthouse
4  520 West Soledad Avenue
   Hagatna, Guam 96910
5  Telephone: (671) 473-9201
   Fax: (671) 473-9202

**IN THE DISTRICT COURT OF GUAM**

**FOR THE DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 06-00030 |
| )  Plaintiff, ) | |
| ) | **ORDER RELEASING PASSPORT** |
| vs. ) | |
| ) | |
| CARMEN BALURAN, ) | |
| )  Defendant. ) | |

Upon application by the U.S. Probation Office,

IT IS HEREBY ORDERED that the U.S. Probation Office release the passport to the Defendant.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Mar 21, 2007